# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2735
Lower Tribunal No. 2022-CF-012167

_____

LINDBERG ROLLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Michael Kraynick, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and BROWNLEE, JJ., concur.


Blair Allen, Public Defender, and Tim Bower Rodriguez, Special Assistant Public Defender, Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED